**Filed: 06/20/11**
**U.S. District Court**
**East Dist. of MI Detroit**

## UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: FORD MOTOR CO. SPEED CONTROL**
**DEACTIVATION SWITCH PRODUCTS**
**LIABILITY LITIGATION**                          MDL No. 1718

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO−67)

On October 28, 2005, the Panel transferred 4 civil action(s) to the United States District Court for the Eastern District of Michigan for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 398 F.Supp.2d 1365 (J.P.M.L. 2005). Since that time, 160 additional action(s) have been transferred to the Eastern District of Michigan. With the consent of that court, all such actions have been assigned to the Honorable Bernard A Friedman.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Michigan and assigned to Judge Friedman.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Michigan for the reasons stated in the order of October 28, 2005, and, with the consent of that court, assigned to the Honorable Bernard A Friedman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Michigan. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 16, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Jeffery Lüthi*

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the foregoing is a true copy of the original on file in this office.

**Clerk, U.S. District Court**
**Eastern District of Michigan**

By *Sarah Schoenherr*
Deputy Clerk

IN RE: FORD MOTOR CO. SPEED CONTROL
DEACTIVATION SWITCH PRODUCTS
LIABILITY LITIGATION         MDL No. 1718

### SCHEDULE CTO−67 – TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| FLORIDA SOUTHERN | | | | |
| FLS | 1 | 11−21647 | Hornedo v. Ford Motor Credit Company | 11-12645 |
| GEORGIA NORTHERN | | | | |
| GAN | 1 | 11−01475 | Olivera v. Ford Motor Company | 11-12646 |